# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 4, 2008

Charles R. Fulbruge III
Clerk

No. 07-40479
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RONNIE RAYNARD BROOKS

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:06-CR-794-1

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Ronnie Raynard Brooks was convicted of two charges of aiding and abetting transportation of an alien within the United States and was sentenced to serve 19 months in prison. Brooks appeals his sentence. He argues that the district court clearly erred by determining that his offenses were committed for profit and by sentencing him in accordance with this determination. Our review of the record both refutes Brooks's assertions concerning the propriety of the district court's findings and shows that he was ineligible for the requested

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

adjustment under the plain language of the pertinent Guideline.  See U.S.S.G. § 2L1.1(b)(1); United States v. Villanueva, 408 F.3d 193, 203 (5th Cir. 2005). Brooks has failed to show error in connection with his sentence.  Consequently, the judgment of the district court is AFFIRMED.